IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re Application of EWE GASSPEICHER GMBH, | ) ) ) | Civ. No. 19-mc-109-RGA |

**ORDER**

IT IS HEREBY ORDERED, for the reasons stated in the accompanying Memorandum, that:

1. The Motion to Vacate (D.I. 26) filed by respondent Halliburton Company is **GRANTED.**

2. The Order Granting the *Ex Parte* Application for an Order to Obtain Discovery for Use in a Foreign Proceedings (D.I. 16) is **VACATED**.

3. The parties have until March 31, 2020 to **SHOW CAUSE** as to why, per the common law right of access as set forth in *In re Avandia Mktg., Sales Practices & Prod. Liability Litig.*, 924 F.3d 662, 670 (3d Cir. 2019), all of the filings in this case should not be unsealed.

Dated: March 17, 2020

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE